**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GREG COURNOYER,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:13-2610** |
| | : | |
| **v.** | : | |
| | : | **(MANNION, D.J.)** |
| **UNITED STATES OF AMERICA,** | : | **(CARLSON, M.J.)** |
| | : | |
| **Defendant** | : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Judge Carlson's report and recommendation, (Doc. 18), is **ADOPTED IN FULL** and plaintiff's request to reopen his case, (Doc. 15), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2610-01-order.wpd